DELORES D. STEWART *v.* LEROY STEWART
(10940)

DUPONT, C. J., FOTI and LAVERY, Js.

Argued February 23—decision released March 16, 1993

*Delores D. Stewart,* pro se, the appellant (plaintiff).

PER CURIAM. The judgment is affirmed.

ADAM GASKI *v.* GASKI REALTY, INC., ET AL.
(11336)

HEIMAN, FREEDMAN and SCHALLER, Js.

Argued February 23—decision released March 16, 1993

*Steven W. Varney,* for the appellants (defendants).

*Constance L. Epstein,* with whom, on the brief, were *John Stephen Papa, Michael McDonnell, Ruth A. Tower* and *Bryan Meccariello,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.